In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00492-CR


NO. 09-08-00493-CR


____________________



TRAY ANDRE BEVERLY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 07-02268 and 08-02701





 

MEMORANDUM OPINION


 Pursuant to plea bargain agreements, appellant Tray Andre Beverly pled guilty to debit
card abuse and possession of a controlled substance. In each case, the trial court found the
evidence sufficient to find Beverly guilty, but deferred further proceedings, placed Beverly
on community supervision for three years, and assessed a fine of $400. The State
subsequently filed a motion to revoke Beverly's unadjudicated community supervision in
each case. In both cases, Beverly pled "true" to three violations of the conditions of his
community supervision. The trial court found that Beverly violated the conditions of his
community supervision in both cases, found Beverly guilty of debit card abuse and
possession of a controlled substance, and assessed punishment at two years of confinement
in a state jail facility for each offense. The trial court ordered that the sentences would run
concurrently.

 Beverly's appellate counsel filed a brief that presents counsel's professional
evaluation of the records and concludes the appeals are frivolous. See Anders v. California,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex.
Crim. App. 1978). On June 18, 2009, we granted an extension of time for appellant to file
pro se briefs. We received no response from appellant. We reviewed the appellate records,
and we agree with counsel's conclusion that no arguable issues support the appeals. 
Therefore, we find it unnecessary to order appointment of new counsel to re-brief the
appeals. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We
affirm the trial court's judgments. (1)

 AFFIRMED.

 _________________________________

 STEVE McKEITHEN 

 Chief Justice

Submitted on October 15, 2009

Opinion Delivered October 28, 2009

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in these cases by filing a petition for
discretionary review. See Tex. R. App. P. 68.